■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN BARS, Appellant. [632 NYS2d 1012] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, LaMendola, J.—Criminal Possession Marihuana, 3rd Degree.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALI DAOOD, Appellant. [632 NYS2d 1012] —Judgment unanimously affirmed. Memorandum: Defendant's conviction of assault in the second degree and criminal possession of a weapon in the third degree is supported by sufficient evidence and is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). The sentence is neither unduly harsh nor severe, and we decline to exercise our power to modify the sentence as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [b]). (Appeal from Judgment of Erie County Court, D'Amico, J.—Assault, 2nd Degree.) Present—Pine, J. P., Fallon, Wesley, Doerr and Davis, JJ.